## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KINGRALE COLLINS                                                                                                    PLAINTIFF
ADC #SK945

V.                                              NO: 5:09CV00154 SWW

GRANT HARRIS *et al.*                                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of August, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE